## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RENDELL WASHINGTON**                                                    **CIVIL ACTION**

**versus**                                                                              **NO. 12-136**

**STEVE RADER, WARDEN**                                         **SECTION: "A" (1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Rendell Washington** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

June 14, 2012

_____
UNITED STATES DISTRICT JUDGE